■ STEPHEN SLOAN et al., Respondents, v MARSHALL DANTO, Appellant. —Judgment, Supreme Court, Albany County, entered January 25, 1977, affirmed, with costs, on the opinion of Hughes, J., at Trial Term. Mahoney, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.

■ In the Matter of LOUIS A. DE CROSTA, Appellant, v CAROLE HALLEN-BECK, Respondent.—Order, Family Court, Columbia County, entered August 22, 1977, affirmed, without costs. Although we agree with the Family Court's disposition of this matter, we feel that in order to cause a minimum of dislocation the effect of the order to be entered on our decision should be stayed until the conclusion of the 1977-1978 school year. Sweeney, J. P., Kane, Staley, Jr., Larkin and Mikoll, JJ., concur.